

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '21 MJ1255 |
| Plaintiff, | ) | |
| v. | ) | **COMPLAINT FOR VIOLATION OF:** |
| | ) | Title 18, USC 111(a)(1) Assault on a Federal Officer |
| Renan Adalid CHIRINOS-Ramos, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about April 5, 2021, within the Southern District of California, defendant, Renan Adalid CHIRINOS-Ramos, did knowingly and intentionally, willfully and forcibly assault, a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent L. Hernandez, in that Defendant, in an attempt to resist arrest, assaulted Agent L. Hernandez while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 6, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Renan Adalid CHIRINOS-Ramos,

## PROBABLE CAUSE STATEMENT

The complainant states that Jose JIMENEZ-Gonzalez and Rafael TOLEDO-Cardenas, citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 5, 2021, Border Patrol Agent L. Hernandez was conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 1:15 A.M., Border Patrol Agent J. Torres, who was operating a Mobile Surveillance Capabilities scope, notified agents of three individuals hiding in the bushes. Agent Hernandez responded to the area, and Agent Torres guided him until encountering one individual hiding by some rocks, wearing a blue camouflage uniform. Agent Hernandez identified himself as a Border Patrol Agent, and conducted an immigration inspection. As Agent Hernandez was questioning the individual, later identified as the defendant, Renan Adalid CHIRINOS-Ramos, he suddenly got up on his feet and attempted to abscond. Agent Hernandez then placed his hands on CHIRINOS shoulders and attempted to get him down to the ground. At this time CHIRINOS resisted by trying to crawl away, and flailing his arms in an aggressive manner. Agent Hernandez pushed CHIRINOS to the ground and gave him commands to stop fighting. CHIRINOS pushed against Agent Hernandez, and hit Agent Hernandez's arms with his elbows. CHIRINOS was then able to slip out of his backpack and abscond.

At approximately 2:30 A.M., Agent Torres, observed an individual near the same location CHIRINOS was first encountered. Agent Hernandez responded, and was guided by Agent Torres to the location, where he encountered an individual hiding between some brush and rocks. Agent Hernandez recognized the individual as CHIRINOS, based on his previous interaction with CHIRINOS. This area is approximately two miles north of the United States/ Mexico International Boundary, and three miles west of the Tecate, California Port of Entry. Agent Hernandez applied pressure point arrest techniques to perform the arrest. Agent Hernandez also had his collapsible baton in case CHIRINOS became assaultive again. Immediately CHIRINOS began to flail his arms and legs in an assaultive manner, and not complying with Agent Hernandez commands to stop moving. At this time, Agent Hernandez felt threatened and gave CHIRINOS one baton strike to his lower leg, but it had no effect on CHIRINOS. CHIRINOS then became more agitated and began swinging his arms more vigorously than before. Agent Hernandez then gave CHIRINOS a second baton strike in the same leg and CHIRINOS finally complied. Agent Hernandez placed handcuffs on CHIRINOS

**CONTINUATION OF COMPLAINT:**
Renan Adalid CHIRINOS-Ramos,

and asked if he had any immigration documents. CHIRINO stated that they were in his wallet, which Agent Hernandez searched and found a Mexican identification card that stated he was a citizen of Honduras. At approximately 2:55 A.M., Agent Hernandez placed CHIRINOS under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 17, 2015 through Port Isabel, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Material Witness Jose JIMENEZ stated that he illegally entered the United States on April 3, 2021. JIMENEZ stated that he met both TOLEDO and CHIRINOS at a church in Tijuana, Baja California, Mexico, before entering the United States with them. JIMENEZ stated that he felt CHIRINOS was an aggressive individual, because he was constantly questioning him during the walk through the mountains. JIMENEZ further stated that he did not feel comfortable traveling with CHIRINOS. JIMENEZ was shown a photographic line-up and identified CHIRINOS as the individual wearing the military uniform.

Material Witness Rafael TOLEDO-Cardenas stated that he entered the United States illegally on April 3, 2021. TOLEDO stated that he has known CHIRINOS for approximately four years and that they both attend the same church. TOLEDO stated that CHIRINOS was previously deported from Texas due to a possible domestic violence incident with his wife. TOLEDO stated that the day they entered the United States illegally, CHIRINOS was wearing a soldier's uniform. TOLEDO stated that CHIRINOS and JIMENEZ were constantly arguing once they had crossed the United States/Mexico International Boundary. TOLEDO stated that the arguing, was because CHIRINOS was not following instructions and was doing whatever he wanted. TOLEDO stated that CHIRINOS had a "my way or the nothing attitude."